NOTICE OF APPEAL TO THE COURT OF APPEALS FROM

A JUDGMENT OR ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

CASE NO: 20-CV-404

PLAINTIFF(S)

KHALED SHABANI

VS.

DEFENDANT(S)

STATE OF WSICONSIN
JUSTICE DEPARTMENT OF WISCONSIN

NOTICE IS HEREBY GIVEN THAT ( KHALED SHABANI ) (PLAINTIFFS) (DEFENDANT s) in the above named case , hereby appeal to the united states court of appeals for the 7 circuit from the final judgment from an order describing it entered in this action on the 5/28/2020 .

Khaled shabani
4715 sheboygan ave apt 111
Madison.wi.53705
6/16/2020

(AS AMENDED APR.22, 1993, EFF.DEC.1, 1993.MAR.27, 2003.EFF.DEC.1, 2003)

CERTIFICATE OF SERVICE: I CERTIFY THAT I HAVE SERVED A TRUE ACCURATE AND CORRECT COPY TO ALL PARTY .

*[signature: Khaled Shabani]*