IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KHALED SHABANI,

                        Plaintiff,

     v.

KRAIG KALKA and KENNETH BROWN,

                        Defendants.

OPINION AND ORDER

20-cv-470-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KHALED SHABANI

                        Plaintiff,                    20-cv-404-bbc

     v.

STATE OF WISCONSIN and WISCONSIN
DEPARTMENT OF JUSTICE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Khaled Shabani has filed notices of appeal in the above-captioned cases, and he has not paid the appellate filing fees. This court previously permitted plaintiff to proceed in forma pauperis in both cases. However, under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), a party may not proceed on appeal without prepaying the filing fee if the district court certifies that the appeal is not taken in good faith. Both of these cases were screened and found to be frivolous. Plaintiff's allegations were largely incomprehensible and did not provide a plausible basis to suggest that any of the defendants had violated his constitutional rights. An appeal of a frivolous case is not taken in good faith. Fontanez v.

Time Warner Cable, 618 Fed. Appx. 288, 289 (7th Cir. 2015) ("[B]ecause the district court found that [the] suit was frivolous, it should have certified that [the] appeal was taken in bad faith and revoked the order authorizing [the plaintiff] to proceed in forma pauperis on appeal."). Therefore, I will certify that the appeals in case nos. 20-cv-404-bbc and 20-cv-470-bbc are not taken in good faith and will revoke the previous orders authorizing plaintiff to proceed in forma pauperis.

## ORDER

IT IS ORDERED that the court certifies that plaintiff Khaled Shabani's appeals in case nos. 20-cv-404-bbc and 20-cv-470-bbc are not taken in good faith. The court's previous orders authorizing plaintiff to proceed in forma pauperis are REVOKED.

Entered this 31st day of August, 2020.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge